1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  FRED N. DAWSON, Of Counsel (SBN 43306)
   JONATHAN C. TURNER (SBN 191540)
3  EMILY E. DORINGER (SBN 208727)
   MELINDA J. NYE (SBN 237303)
4  Hall of Justice
   813 Sixth Street, Suite 450
5  Sacramento, CA  95814
   Telephone: (916) 441-0824
6
   Attorneys for Defendant,
7  MICHAEL KORIS

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              Case No.: S-07-378 MCE
12
              Plaintiff,
13                                         WAIVER OF PERSONAL APPEARANCE
        vs.
14
   MICHAEL KORIS,
15
              Defendant.
16

17

18      Defendant hereby waives the right to be present in person
19 in open court upon the hearing of any motion or other proceeding
20 in this case, including when the case is set for trial, when a
21 continuance is ordered, when time is excluded under the Speedy
22 Trial Act, when a detention hearing is held, and when any other
23 action is taken by the Court before or after trial, except upon
24 arraignment, plea, empanelment of jury and imposition of
25 sentence.  Defendant hereby requests the Court to proceed during
26 every absence of his which the Court may permit pursuant to this
27 waiver; agrees that his interests will be deemed represented at
28

1  all time by the presence of his attorney, the same as if
2  defendant were personally present; and further agrees to be
3  present in person in court ready for trial on any day which the
4  Court may fix in his absence.

5
6  DATED:  September 27, 2007          _____
                                        MICHAEL KORIS
7
8
9  APPROVED:

10
11 _____
   CLYDE M. BLACKMON
12 Attorney for Defendant
   MICHAEL KORIS
13

14
15 IT IS SO ORDERED.

16
17 DATED: Sept. 28, 2007
18                                      GREGORY G. HOLLOWS
                                        UNITED STATES ~~DISTRICT COURT~~ JUDGE
19
20
21
22
23
24
25
26
27
28

- 2 -

WAIVER OF PERSONAL APPEARANCE