```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 07-CR-378 MCE |
|---|---|
| Plaintiff, | REQUEST TO MODIFY PRETRIAL RELEASE AND ORDER |
| vs. | |
| MICHAEL KORIS, | |
| Defendant. | |

Defendant Michael Koris, through his counsel Clyde M. Blackmon, hereby requests that the conditions of his pretrial release may be modified as follows:

1. Mr. Koris shall be permitted to leave his residence at 10:00 a.m. on December 23, 2007, to attend a family Christmas celebration at his cousin's residence in Homewood, Illinois. The travel distance from Tinley Park, Illinois to Homewood, Illinois is approximately 30 minutes.  Mr. Koris will travel in the care of his mother, Darlene Koris.

2. Following the Christmas celebration, Mr. Koris will return to his residence in Tinley Park, Illinois by 8:00 p.m. on December 23, 2007.

REQUEST TO MODIFY PRETRIAL RELEASE AND [PROPOSED] ORDER

3.   On December 20, 2007 my secretary, Lisa M. Kennison, spoke with AUSA Laura L. Ferris, who has no objection to this modification.

IT IS SO ORDERED.

DATED:     December 20, 2007

                                    By:  //s// Clyde M. Blackmon
                                         Clyde M. Blackmon
                                         Attorney for Defendant
                                         MICHAEL KORIS

**ORDER**

GOOD CAUSE APPEARING, the conditions of Michael Koris' pretrial release are hereby modified as set forth in the attached Request to Modify Pretrial Release.

IT IS SO ORDERED.


DATED:12/21/07              /s/ Gregory G. Hollows
                            United States Magistrate Judge

Koris.ord

REQUEST TO MODIFY PRETRIAL RELEASE AND [PROPOSED] ORDER