```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    Hall of Justice
 4  813 Sixth Street, Suite 450
    Sacramento, CA  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant,
    MICHAEL KORIS
 7
```

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.: 2:07-CR-0378 MCE |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| 14 | MICHAEL KORIS, | DATE: January 10, 2008 |
| 15 | Defendant. | TIME: 9:00 a.m. COURTROOM: 3 |
| 16 | | |

17

18      IT IS HEREBY STIPULATED by MICHAEL KORIS, through his
19 counsel Clyde M. Blackmon, and the United States of America,
20 through its counsel Laura Ferris, that the status conference now
21 scheduled for 9:00 a.m. on January 10, 2008, be continued to
22 March 20, 2008, at 9:00 a.m.
23      Mr. Koris is charged with the attempted production of a
24 visual depiction of a minor engaged in sexually explicit
25 conduct, in violation of 21 U.S.C. §2251(a) and (e).
26      Counsel for Mr. Koris is one of the attorneys of record for
27 Brendt Anthony Volarvich in Yolo County Superior Court case
28

1   numbered 05-7249.  That case involves the murder of a California
2   Highway Patrol officer, and the prosecution is seeking the death
3   penalty.  Trial has commenced in that matter and the parties are
4   engaged in jury selection proceedings scheduled to continue on
5   the morning of Mr. Koris's January 10, 2008 status conference.
6   The trial in the Volarvich matter is expected to last several
7   months. However, the week of March 17-21, 2008 is scheduled to
8   be a week-long break from the trial proceedings.
9       Also, in connection with Mr. Koris's case, defense counsel
10  has retained an expert consultant to address particular aspects
11  of the defense case.  Counsel is currently awaiting additional
12  feedback from the expert in connection with this matter.  Before
13  defense counsel can make final decisions regarding the defense
14  in this case, it is necessary to consider this expert's opinion.
15      Due to the ongoing trial in Yolo County and to the need for
16  defense counsel to further confer with its expert, the parties
17  stipulate that this matter be continued to 9:00 a.m. on March
18  20, 2008, for further status conference.  The parties further
19  stipulate that pursuant to 18 U.S.C. §3161(a)(8)(B)(iv) [Local
20  ///
21
22  ///
23
24  ///

1  Code T-4] that time shall be excluded from January 10, 2008, to
2  March 20, 2008, to give defense counsel additional time in which
3  to prepare.

4
5  IT IS SO STIPULATED

6  DATED:   January 9, 2008         _//s// Laura Ferris___
                                     Clyde Blackmon for
7                                    Assistant U.S. Attorney
                                     LAURA FERRIS
8

9
   DATED:   January 9, 2008         _//s// Clyde M. Blackmon
10                                   CLYDE M. BLACKMON
                                     Attorney for Defendant
11                                   MICHAEL KORIS

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS SO ORDERED THAT the status conference hearing now set for January 10, 2008, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on March 20, 2008, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) – [Local Code T-4], from January 10, 2008, to March 20, 2008.

IT IS SO ORDERED.

DATED: January 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE