```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL KORIS,<br><br>            Defendant. | Case No.: 2:07-cr-00378-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>DATE: March 19, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |

   IT IS HEREBY STIPULATED by MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Sean Flynn, that the status conference now scheduled for 9:00 a.m. on March 19, 2008, be continued to May 22, 2008, at 9:00 a.m.

   Mr. Koris is charged with the attempted production of a visual depiction of a minor engaged in sexually explicit conduct, in violation of 21 U.S.C. §2251(a) and (e).

   ///

   ///

1  Counsel for Mr. Koris is one of the attorneys of record for
2 Brendt Anthony Volarvich in Yolo County Superior Court case
3 numbered 05-7249.  That case involves the murder of a California
4 Highway Patrol officer, and the prosecution is seeking the death
5 penalty.  Trial has commenced in that matter and the parties are
6 engaged in the presentation of evidence.  While presentation of
7 the defense case is nearly complete, it is unknown how long jury
8 deliberations will last, and whether or not a penalty phase will
9 follow. If the case does proceed to a penalty phase, it is
10 likely the case will not be resolved until sometime in May,
11 2008.
12  However, due to her scheduled maternity leave, AUSA Ferris
13 has transferred responsibility of this matter to AUSA Sean
14 Flynn. AUSA Flynn has not yet had the opportunity to review all
15 relevant materials and to familiarize himself with the facts and
16 circumstances of this case.
17  Also, in connection with Mr. Koris's case, defense counsel
18 has retained an expert consultant to address particular aspects
19 of the defense case.  A report from the expert was received and
20 forwarded to AUSA Ferris, and will be reviewed by AUSA Flynn.
21 The parties require additional time to discuss these and other
22 matters bearing on the possible resolution of the case.
23  Due to the ongoing trial proceedings in Yolo County, to
24 AUSA Flynn's need to thoroughly review the case, and the need
25 for additional time for the parties to address a possible
26 resolution, the parties stipulate that this matter be continued
27 to 9:00 a.m. on May 22, 2008, for further status conference.
28

1  The parties further stipulate that pursuant to 18 U.S.C.
2  §3161(a)(8)(B)(iv) [Local Code T-4] that time shall be excluded
3  from March 19, 2008, to May 22, 2008, to give both parties
4  additional time in which to prepare.

IT IS SO STIPULATED

DATED:   March 14, 2008          __//s// Sean Flynn_____
                                   Clyde Blackmon for
                                   Assistant U.S. Attorney
                                   SEAN FLYNN


DATED:   March 14, 2008          _//s// Clyde M. Blackmon_
                                   CLYDE M. BLACKMON
                                   Attorney for Defendant
                                   MICHAEL KORIS

**ORDER**

    This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

    IT IS SO ORDERED THAT the status conference hearing now set for March 19, 2008, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on May 22, 2008, at 9:00 a.m.

    Further, the Court finds that time is excluded based upon the representation of the parties to allow both parties additional time for adequate preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) – [Local Code T-4], from March 19, 2008, to May 22, 2008.

IT IS SO ORDERED.

DATED: 3/19/2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE