```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    Hall of Justice
 4  813 Sixth Street, Suite 450
    Sacramento, CA  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant,
    MICHAEL KORIS
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00378-MCE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| MICHAEL KORIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Sean Flynn, that the status conference now scheduled for 9:00 a.m. on May 22, 2008, be continued to June 19, 2008.

Mr. Koris is charged with the attempted production of a visual depiction of a minor engaged in sexually explicit conduct, in violation of 21 U.S.C. §2251(a) and (e).

///

///

1     The status conference in this case has been continued twice
2 before, from January 10, 2008, to March 20, 2008, and then again
3 from March 20, 2008, to May 22, 2008.

4
5     The previous continuances were necessitated by two factors.
6 First, counsel for Mr. Koris has been involved in a death
7 penalty trial in Yolo County (The People of the State of
8 California v. Brendt Anthony Volarvich, Yolo County Superior
9 Court case number 05-7249).  The jury in that case returned a
10 death verdict on May 6, 2008.  Counsel is now in the process of
11 preparing motions for a new trial and to reduce the sentence in
12 that case from death to life without the possibility of parole.

13     Second, this matter was originally being handled for the
14 government by Assistant U.S. Attorney Laura Ferris who has been
15 on maternity leave.  Due to her maternity leave, Ms. Ferris
16 transferred the case to Assistant U.S. Attorney Sean Flynn.
17 Counsel for Mr. Koris has not had an opportunity to discuss the
18 merits of the matter with Mr. Flynn.  Therefore, a continuance
19 of the status conference is requested in order that counsel form
20 Mr. Koris and counsel for the government may meet and discuss
21 the possibility of settling the matter.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME

1   The parties further stipulate that pursuant to 18 U.S.C.
2   §3161(a)(8)(B)(iv) [Local Code T-4] that time shall be excluded
3   from May 22, 2008, to June 19, 2008, to give both parties
4   additional time to prepare.

IT IS SO STIPULATED

DATED:   May 19, 2008          __//s// Sean Flynn_____
                               Clyde Blackmon for
                               Assistant U.S. Attorney
                               SEAN FLYNN


DATED:   May 19, 2008          _//s// Clyde M. Blackmon_
                               CLYDE M. BLACKMON
                               Attorney for Defendant
                               MICHAEL KORIS

- 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME

**ORDER**

1  
2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS SO ORDERED THAT the status conference hearing now set
5 for May 22, 2008, at 9:00 a.m. is vacated and the matter is set
6 for a status conference hearing on June 19, 2008, at 9:00 a.m.
7     Further, the Court finds that time is excluded based upon
8 the representation of the parties to allow both parties
9 additional time for adequate preparation and such time will be
10 excluded pursuant to the Speedy Trial Act, 18 U.S.C.
11 §3161(h)(8)(B)(iv) – [Local Code T-4], from May 22, 2008, to
12 June 19, 2008.
13     IT IS SO ORDERED.

DATED: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE