```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL KORIS,<br><br>　　　　Defendant. | Case No.: 2:07-cr-00378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>DATE: June 19, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |
|---|---|

   IT IS HEREBY STIPULATED by MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Sean Flynn, that the status conference now scheduled for 9:00 a.m. on June 19, 2008, be continued to July 24, 2008, at 9:00 a.m.

///
///
///
///

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME

1    Mr. Koris is charged with the attempted production of a
2 visual depiction of a minor engaged in sexually explicit
3 conduct, in violation of 21 U.S.C. §2251(a) and (e).
4    This matter is scheduled for a status conference on June
5 19, 2008.  Status conferences in this case have been continued
6 three times previously by way of stipulation and order.  The
7 primary reason for the previous continuances has been the fact
8 that counsel for Mr. Koris has been engaged in a death penalty
9 trial in the Yolo County Superior Court.  That case is now
10 completed.
11    Another factor, however, has been that Assistant U.S.
12 Attorney Laura Ferris, the prosecutor initially handling the
13 case, has been out of her office on maternity leave.  In Ms.
14 Ferris' absence the case has been handled by Assistant U.S.
15 Attorney Sean Flynn.  Counsel for Mr. Koris and Mr. Flynn have
16 met and discussed the matter.  That meeting resulted in some
17 movement toward resolution of the case.
18    However, in order to resolve the matter it will be
19 necessary for counsel for Mr. Koris to discuss the case further
20 with Ms. Ferris and Mr. Flynn.  Ms. Ferris is scheduled to
21 return from her maternity leave sometime during the week of July
22 7, 2008.  Therefore, the parties are requesting that the status
23 / / /
24
25 / / /
26
27
28

1  conference scheduled for June 19, 2008, be continued to July 24,
2  2008, to provide them more time for settlement negotiations.
3  IT IS SO STIPULATED

4  DATED:   June 11, 2008          __//s// Sean Flynn_____
                                    Clyde Blackmon for
5                                   Assistant U.S. Attorney
6                                   SEAN FLYNN

7
8  DATED:   June 11, 2008          _//s// Clyde M. Blackmon_
                                    CLYDE M. BLACKMON
9                                   Attorney for Defendant
                                    MICHAEL KORIS
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS SO ORDERED THAT the status conference hearing now set for June 19, 2008, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on July 24, 2008, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow both parties additional time for adequate preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) – [Local Code T-4], from June 19, 2008, to July 24, 2008.

IT IS SO ORDERED.

DATED: June 17, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE