BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL KORIS,<br><br>            Defendant. | Case No.: 2:07-CR-00378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>DATE: July 24, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |
|---|---|

   IT IS HEREBY STIPULATED by MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Laura L. Ferris, that the status conference now scheduled for 9:00 a.m. on July 24, 2008, be continued to August 7, 2008, at 9:00 a.m.

///
///
///
///

1    Mr. Koris is charged with the attempted production of a
2 visual depiction of a minor engaged in sexually explicit
3 conduct, in violation of 21 U.S.C. §2251(a) and (e).
4    This matter is scheduled for a status conference on July
5 24, 2008.  Status conferences in this case have been continued
6 four times previously by way of stipulation and order.  The
7 primary reasons for delay in resolving this case has been that
8 counsel for Mr. Koris has been involved in a death penalty case
9 in Yolo County and the fact that counsel for the government,
10 Assistant U.S. Attorney, Laura Ferris, has been on maternity
11 leave.  The death penalty trial is now finished and Ms. Ferris
12 has returned from her maternity leave.
13    On July 21, 2008, defense counsel and Ms. Ferris met and
14 discussed resolution of the matter.  The parties now need to
15 work out the details of the proposed resolution including some
16 factual matters and some legal questions related to sex offender
17 registration.  Therefore, the parties are requesting that the
18 status conference now set for July 24, 2008, be continued to
19 August 7, 2008, at 9:00 a.m.
20 IT IS SO STIPULATED

21 DATED:  July 22, 2008         __//s// Laura L. Ferris____
22                               Clyde Blackmon for
                                 Assistant U.S. Attorney
23                               LAURA L. FERRIS

24 DATED:  July 22, 2008         _//s// Clyde M. Blackmon_
                                 CLYDE M. BLACKMON
25                               Attorney for Defendant
                                 MICHAEL KORIS
26
27
28

1 **ORDER**

2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS SO ORDERED THAT the status conference hearing now set
5 for July 24, 2008, at 9:00 a.m. is vacated and the matter is set
6 for a status conference hearing on August 7, 2008, at 9:00 a.m.
7     Further, the Court finds that time is excluded based upon
8 the representation of the parties to allow both parties
9 additional time for adequate preparation and such time will be
10 excluded pursuant to the Speedy Trial Act, 18 U.S.C.
11 §3161(h)(8)(B)(iv) – [Local Code T-4], from July 24, 2008, to
12 August 7, 2008.
13     IT IS SO ORDERED.
14 DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE