1   BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
2   JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
3   Hall of Justice
    813 Sixth Street, Suite 450
4   Sacramento, CA  95814
    Telephone: (916) 441-0824
5
    Attorneys for Defendant,
6   MICHAEL KORIS

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,            Case No. 2:07-CR-00378-MCE
11
              Plaintiff,
12                                       STIPULATION AND ORDER
         vs.                             CONTINUING IMPOSITION OF
13                                       JUDGMENT AND SENTENCE
    MICHAEL KORIS,
14                                       DATE: December 4, 2008
              Defendant.                 TIME: 9:00 a.m.
15                                       COURTROOM: 3

16

17
         IT IS HEREBY STIPULATED between MICHAEL KORIS, through his
18
    counsel Clyde M. Blackmon, and the United States of America,
19
    through its counsel Laura L. Ferris, that the imposition of
20
    judgment and sentence in this matter be continued from December
21
    4, 2008, to January 8, 2009, at 9:00 a.m. before the Honorable
22
    Morrison C. England, Jr.  The parties also stipulate that the
23
    date for filing corrections to the presentence report be
24
    continued from November 27, 2008, to January 2, 2009.
25
         Continuance of the sentencing of Mr. Koris is necessary to
26
    permit his mother, Darlene Koris, to attend the proceedings in
27
    which sentence will be imposed.  Mr. Koris' brother, Anthony
28

                                   - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1   Koris, who lives in Chicago with Darlene Koris, suffers from an

2   incurable kidney disease and is under consideration for a kidney

3   transplant.  Pending a kidney transplant Anthony undergoes

4   dialysis three times per week.  Due to complications with the

5   dialysis process, Anthony must undergo surgery during the week

6   that Michael Koris is scheduled to be sentenced.  Darlene Koris

7   needs to be in Chicago when her son Anthony has his surgery and

8   during his recovery.  To accommodate Mrs. Koris and permit her

9   to attend the sentencing in this matter the parties stipulate

10  that imposition of judgment and sentence on Michael Koris may be

11  continued to January 8, 2009.

12       Counsel for Mr. Koris has informed George A. Vidales,

13  Senior United States Probation Officer, of the need for a

14  continuance of imposition of judgment and sentence in this

15  matter, and he has no objection to the continuance.

16       Therefore, the parties are requesting that the imposition

17  of judgment and sentence now set for December 4, 2008, be

18  continued to January 8, 2009, at 9:00 a.m.

19  IT IS SO STIPULATED

20  DATED:  November 25, 2008      __//s// Laura L. Ferris____

21                                 Clyde Blackmon for
                                   Assistant U.S. Attorney

22                                 LAURA L. FERRIS

23  DATED:  November 25, 2008      _//s// Clyde M. Blackmon_

                                   CLYDE M. BLACKMON

24                                 Attorney for Defendant
                                   MICHAEL KORIS

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER CONTINUING DATE FOR
IMPOSITION OF JUDGMENT AND SENTENCE**

2

3      GOOD CAUSE APPEARING for the reasons set forth in the

4   stipulation between counsel, the date for imposition of judgment

5   and sentence in this matter is continued to January 8, 2009 at

6   9:00 a.m.  Any motion for correction of the presentence report

7   shall be filed with the Court and served on the probation

8   officer and opposing counsel no later than January 2, 2009.

9      IT IS SO ORDERED.

10   DATED: December 2, 2008

11                                  _____

12                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com