BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-00378-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| MICHAEL KORIS, | DATE: January 29, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |
| Defendant. | |

Defendant, MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Laura L. Ferris, hereby stipulate that the status conference now scheduled for 9:00 a.m. on January 29, 2009, may be continued to 9:00 a.m. on February 12, 2009.

Mr. Koris has already pled guilty and is awaiting sentencing.  The case was previously set for imposition of judgment and sentence on January 8, 2009.  However, on that date, the case was continued for a status conference on January 29 to allow Mr. Koris to undergo initial medical testing to determine if he is an appropriate kidney donor for his brother who suffers from an incurable kidney disease.

1    The initial testing involved an analysis of Mr. Koris'

2  blood to determine his blood type.  That has been accomplished

3  and the results indicate that at least potentially he is an

4  appropriate donor for his brother.  Another blood analysis must

5  be done at Northwestern Memorial Hospital in Chicago where the

6  transplant surgery will be done if Mr. Koris qualifies as a

7  donor.  Counsel for Mr. Koris has spoken to the transplant

8  coordinators at Northwestern Memorial Hospital and arrangements

9  are being made to have additional blood drawn from Mr. Koris and

10 shipped to the hospital in Chicago for analysis.

11   If the further testing of Mr. Koris' blood indicates that

12 he continues to be a potential kidney donor for his brother,

13 then the parties will request the Court to release him from

14 custody on pretrial release conditions so that he may travel to

15 Chicago for further testing and the transplant surgery.

16   Therefore, the parties request that the status conference

17 scheduled for January 29, 2009, be continued to February 12,

18 2009.

19 IT IS SO STIPULATED

20 DATED:   January 26, 2009        __//s// Laura L. Ferris____
21                                  Clyde Blackmon for
                                    Assistant U.S. Attorney
22                                  LAURA L. FERRIS

23 DATED:   January 26, 2009        _//s// Clyde M. Blackmon_
24                                  CLYDE M. BLACKMON
                                    Attorney for Defendant
25                                  MICHAEL KORIS

26

27

28

1
**<u>ORDER</u>**

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status

3 conference scheduled for 9:00 a.m. on January 29, 2009, be

4 continued to 9:00 a.m. on February 12, 2009.

5     IT IS SO ORDERED.

6 DATED: February 3, 2009

7     _____

8     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28