```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL KORIS,<br><br>        Defendant. | Case No.: 07-CR-0378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: January 29, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |

    Defendant, MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Laura L. Ferris, hereby stipulate that the status conference now scheduled for 9:00 a.m. on February 12, 2009, may be continued to 9:00 a.m. on February 26, 2009.

    Mr. Koris has already pled guilty and is awaiting sentencing.  The case was previously set for imposition of judgment and sentence on January 8, 2009.  However, on that date, the case was continued for a status conference on January 29 to allow Mr. Koris to undergo initial medical testing to

1  determine if he is an appropriate kidney donor for his brother
2  who suffers from an incurable kidney disease.
3       The initial testing involved an analysis of Mr. Koris'
4  blood to determine his blood type.  That has been accomplished
5  and the results indicate that at least potentially he is an
6  appropriate donor for his brother.  Another blood analysis must
7  be done at Northwestern Memorial Hospital in Chicago where the
8  transplant surgery will be done if Mr. Koris qualifies as a
9  donor.  The blood for that analysis was drawn from Mr. Koris on
10 February 9, 2009, by medical personnel at the Sacramento County
11 Jail.  It was then shipped via overnight delivery to
12 Northwestern Memorial Hospital.  Counsel for Mr. Koris has been
13 informed by the transplant coordinator at the hospital that the
14 results of the analysis of that blood will be known sometime
15 during the week of February 15, 2009.
16      If that analysis of Mr. Koris' blood indicates that he
17 continues to be a potential kidney donor for his brother, then
18 the parties will request the Court to release him from custody
19 on pretrial release conditions so that he may travel to Chicago
20 for further testing and the transplant surgery.
21 ///
22 ///
23 ///
24
25
26
27
28

1    Therefore, the parties request that the status conference
2 scheduled for February 12, 2009, be continued to February 26,
3 2009.
4 IT IS SO STIPULATED
5 DATED:   February 11, 2009      __//s// Laura L. Ferris____
                                  Clyde Blackmon for
6                                 Assistant U.S. Attorney
7                                 LAURA L. FERRIS
8 DATED:   February 11, 2009      _//s// Clyde M. Blackmon_
                                  CLYDE M. BLACKMON
9                                 Attorney for Defendant
                                  MICHAEL KORIS
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status
3 conference scheduled for 9:00 a.m. on February 12, 2009, be
4 continued to 9:00 a.m. on February 26, 2009.
5 IT IS SO ORDERED.

DATED: February 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE