UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                Case No. 2:07-cr-00378-MCE

            Plaintiff,

      v.                                 **ORDER FOR RELEASE OF**
                                         **PERSON IN CUSTODY**
MICHAEL KORIS,

            Defendant.
_____/


TO: THE UNITED STATES MARSHAL SERVICE.

       This is to authorize and direct you to release MICHAEL KORIS,

Case No. 2:07-cr-00378-MCE, Charged with 18 U.S.C. section 2251(a)

and (e), from custody for the following reasons:

            ____ Release on Personal Recognizance

            ____ Bail Posted in the Sum of $____

                  ____ Unsecured Appearance Bond

                  ____ Appearance Bond with 10% Deposit

                  ____ Appearance Bond with Surety

                  ____ Corporate Surety Bail Bond

             X  (Other): to the custody of pretrial services

                  by 8:30 a.m. on February 20, 2009

       Issued at Sacramento, California on February 19, 2009 at

2:25 p.m.


                              By: Dated: February 19, 2009

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE