### AMENDED SPECIAL CONDITIONS OF RELEASE

**RE: KORIS, Michael**
**Doc. No. 2:07-CR-0378 MCE**

1.   You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.   You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

3.   You shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution;

4.   You shall not possess a firearm, destructive device, or other dangerous weapon;

5.   You shall refrain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6.   You shall submit to drug or alcohol testing as approved by the pretrial services officer;

7.   You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

8.   You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer.  If a computer is approved in the residence, it must be password protected;

9.   You shall not access the Internet at your residence or at any other location unless prior approved by the pretrial services officer and shall provide proof of disconnection of services;

10.   You shall not use any device offering Internet access or print out any documents as a means of accessing any material that relates to the criminal activity relating to online communications with minors;

11.   You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

12.    You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

13.    You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; and, you shall be **subject to a curfew** that will be determined by the pretrial services officer; and

14.    You are released the third-party custody of your mother, Darlene Koris.

February 19, 2009