```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL KORIS,<br><br>        Defendant. | Case No.: 07-CR-00378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: April 30, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |
|---|---|

    Defendant, MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Kyle Reardon, hereby stipulate that the status conference now scheduled for 9:00 a.m. on April 30, 2009, may be continued to 9:00 a.m. on June 11, 2009.

    Mr. Koris has already pled guilty and is awaiting sentencing.  The matter was originally set for sentencing on January 8, 2009.  However, on that date it was continued to January 29, 2009, to permit Mr. Koris to undergo initial testing to determine if he is an appropriate kidney donor for his brother who suffers from an incurable kidney disease.  That initial testing indicated that Mr. Koris is potentially an

appropriate donor for his brother, and he was released from custody subject to pretrial services supervision so that he could travel to Chicago, Illinois for further testing and evaluation at Northwestern Memorial Hospital.

Counsel for Mr. Koris has received a letter from Jamie Koppelmann, LCSW, a donor advocate at Northwestern Memorial Hospital in Chicago, saying that Mr. Koris has completed all of the required tests except for a test for infectious diseases. That test is scheduled for May 12, 2009. Assuming that the infectious disease testing results are satisfactory, the transplant operation has been tentatively scheduled for May 21, 2009. A copy of Ms. Koppelmann's letter is attached hereto. Counsel for Mr. Koris understands that an approximately eight-week recovery time will be required for Mr. Koris after the transplant surgery.

In light of the information from Ms. Koppelmann, counsel for the parties request that the status conference now set for April 30, 2009, be continued six weeks to June 11, 2009, at 9:00 a.m.

IT IS SO STIPULATED

DATED: April 29, 2009     _/s/ CLYDE M. BLACKMON_____
                          CLYDE M. BLACKMON
                          Attorney for Defendant
                          MICHAEL KORIS

DATED: April 29, 2009     _/s/ KYLE REARDON_____
                          CLYDE M. BLACKMON for Asst.
                          U.S. Attorney, KYLE REARDON

1 **ORDER**

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status
3 conference scheduled for 9:00 a.m. on April 30, 2009, be
4 continued to 9:00 a.m. on June 11, 2009.
5     IT IS SO ORDERED.
6 DATED: April 29, 2009

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE