BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL KORIS,<br><br>            Defendant. | Case No.: 07-CR-0378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: June 11, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |
|---|---|

Defendant, MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Jill Thomas, hereby stipulate that the status conference now scheduled for 9:00 a.m. on June 11, 2009, may be continued to 9:00 a.m. on September 10, 2009.

Mr. Koris has already pled guilty and is awaiting sentencing.  The matter was originally set for sentencing on January 8, 2009.  However, the case has been continued a number of times since then to permit Mr. Koris to be released from

///

///

- 1 -

custody and travel to Chicago and undergo evaluation to determine his suitability to be a kidney donor for his brother who suffers from an incurable kidney disease.  Testing at Northwestern Memorial Hospital in Chicago established that Mr. Koris was indeed a suitable donor for his brother, and the transplant operation was done on May 21, 2009.  Mr. Koris is now recovering from the operation.  The attached letter from Maria Hendricks, R.N., Transplant Nurse Coordinator at Northwestern Memorial Hospital, indicates that Mr. Koris' activity is restricted and that it is recommended that he not return to California until after July 3, 2009.

Mr. Koris has remained under pretrial service supervision since he was released from custody here in Sacramento in January to travel to Chicago.

Assistant U.S. Attorney Kyle Reardon is the primary prosecutor on this case.  However, he is now out of his office due to a medical emergency in his family, and it is not clear as to exactly when he will return.  In addition, counsel for Mr. Koris is scheduled to commence an estimated three-week trial in El Dorado County on August 11, 2009.

Therefore, to provide Mr. Koris adequate time for recovery from his operation and to accommodate Mr. Reardon's situation as well as counsel's trial schedule, the parties request that the

///
///
///
///

1 | status conference now set for June 11, 2009, be continued to
2 | September 10, 2009, at 9:00 a.m.
3 |
4 | IT IS SO STIPULATED

5 | DATED:   June 9, 2009                _//s// CLYDE M. BLACKMON____
                                          CLYDE M. BLACKMON
6 |                                       Attorney for Defendant
                                          MICHAEL KORIS
7 |
   | DATED:   June 9, 2009                //s// JILL THOMAS_____
8 |                                       CLYDE M. BLACKMON for
                                          AUSA, Jill Thomas
9 |
10 |                                **ORDER**

11 |     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status
12 | conference scheduled for 9:00 a.m. on June 11, 2009, be
13 | continued to 9:00 a.m. on September 10, 2009.
14 |     IT IS SO ORDERED.
15 |
16 | DATED: June 9, 2009
17 |                                     _____
18 |                                     MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE