```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
MICHAEL KORIS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL KORIS,<br><br>    Defendant. | Case No.: 2:07-CR-00378 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>DATE: September 10, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |

    Defendant, MICHAEL KORIS, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Kyle Reardon, hereby stipulate that the status conference now scheduled for 9:00 a.m. on September 10, 2009, may be continued to 9:00 a.m. on December 3, 2009.

    Mr. Koris has already pled guilty and is awaiting sentencing.  The matter was originally set for sentencing on January 8, 2009.  However, the case has been continued a number of times since then to permit Mr. Koris to be released from

///

///

- 1 -

1  custody and travel to Chicago and undergo evaluation to
2  determine his suitability to be a kidney donor for his brother
3  who suffers from an incurable kidney disease.  Testing at
4  Northwestern Memorial Hospital in Chicago established that Mr.
5  Koris was indeed a suitable donor for his brother, and the
6  transplant operation was done on May 21, 2009.
7       As indicated in the attached letter from the Kovler Organ
8  Transplant Center of Northwestern Memorial Hospital in Chicago,
9  Mr. Koris is scheduled for a six month post-operative
10 examination on November 25, 2009.  The parties have agreed to a
11 continuance of the imposition of judgment and sentence to
12 December 3, 2009, in order to permit Mr. Koris to undergo that
13 examination.
14      The parties are in agreement that there shall be no further
15 continuance of the imposition of judgment and sentence in this
16 case beyond December 3, 2009.

IT IS SO STIPULATED

DATED:   Sept 8, 2009          _//s// CLYDE M. BLACKMON_____
                                CLYDE M. BLACKMON
                                Attorney for Defendant
                                MICHAEL KORIS

DATED:   Sept 8, 2009          //s// KYLE REARDON_____
                                CLYDE M. BLACKMON for
                                AUSA, Kyle Reardon

1 **ORDER**

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status
3 conference scheduled for 9:00 a.m. on September 10, 2009, be
4 continued to 9:00 a.m. on December 3, 2009.
5     IT IS SO ORDERED.
6 DATED: September 14, 2009

                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE